# Court of Appeals
# of the State of Georgia

ATLANTA,  August 07, 2019

*The Court of Appeals hereby passes the following order:*

## A19A2363. ZEKEMIAN TYRONE DAVIS v. GARY CLARK et al.

Prisoner Zekemian Tyrone Davis filed a civil suit against Sergeant Gary Clark, Captain Sophia Brown, and Officer Cyrus Brown. The defendants moved for summary judgment, which the trial court granted. Davis appeals this ruling.

Because Davis was incarcerated when he filed the complaint in this case, his appeal is controlled by the Prison Litigation Reform Act of 1996. See OCGA § 42-12-1 et seq. OCGA § 42-12-8 requires that an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35." Under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court. Davis's failure to file an application for discretionary appeal in this case deprives this Court of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/07/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*